No. 74–6049.  WEBB v. CULBERTSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–6073.  CONWAY ET AL. v. HAWKINS ET AL. C. A. 4th Cir.  Certiorari denied.

No. 74–6082.  MITCHELL v. VIRGINIA.  Sup Ct. Va. Certiorari denied.

No. 74–6107.  LANCER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–6113.  CARTER ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–6146.  HOCKADAY v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 74–6148.  ANDRADE-GONZALEZ ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–6149.  STEVENS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–6151.  ISOME v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–6166.  BATTLE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–6171.  RUTH v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 74–6180.  RICO v. UNITED STATES; and
No. 74–6193.  SALAS-MARTINEZ v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.